# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND,** *by and through its Board of Trustees, et al.*,<br><br>　　**Plaintiffs,**<br><br>　　v.<br><br>**RON WARD,** *d/b/a Ron Ward's Painting and Decorating,*<br><br>　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 13-cv-1321 JPG/PMF<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 14, 2014**　　　　　　　　JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/Brenda K. Lowe, Deputy Clerk

**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**