UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL #58
401(K) TRUST FUND, by and through its
Board of Trustees, et al.,

        Plaintiffs,

   v.

RON WARD, d/b/a Ron Ward's Painting and
Decorating,

        Defendant.

Case No. 13-cv-01321-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion for relief from judgment in this case pursuant to Federal Rule of Civil Procedure 60(b)(6) and to extend the time to consummate the parties' settlement by another 30 days (Doc. 13). This action has been settled in principle, but subsequent to the preliminary settlement agreement, additional time was needed to consummate the settlement. The Court allowed additional time, but provided that if that additional period was insufficient, the parties could ask the Court to delay entry of judgment for an additional reasonable period of time. The settlement had not been consummated by the end of that additional period, but the parties neglected to inform the Court and ask for additional time, so the Court entered final judgment of dismissal. It now appears that the judgment was the product of the parties' mistake, inadvertence or excusable neglect and should be vacated pursuant to Federal Rule of Civil Procedure 60(b)(1). Accordingly, the Court **GRANTS** the plaintiff's motion (Doc. 13), **VACATES** the judgment in this case entered on August 14, 2014 (Doc. 12) and **DIRECTS** the Clerk of Court to enter judgment dismissing this action with prejudice and without costs on October 8th, 2014. Should the parties fail to consummate settlement by that date, the parties may ask the Court to delay entry of judgment for an additional reasonable period of time.

**IT IS SO ORDERED.**
**DATED:  9/8/2014**

                            s/J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**