## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, by and through Its Board of Trustees, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RON WARD, d/b/a RON WARD'S PAINTING and DECORATING,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  13-cv-01321-JPG-PMF<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Final Motion for Default Judgment (Doc. 16) and Amended Motion for Default Judgment (Doc. 18).  Plaintiffs' Final Motion for Default Judgment (Doc. 16) is denied as moot due to the filing of the Amended Motion (Doc. 18).

This Court noted numerous errors in the calculations contained in the Amended Motion and as such, the Court **DENIES** the Plaintiff's Amended Motion for Default Judgment (Doc. 18) without prejudice to allow Plaintiff's counsel an opportunity to correct the deficiencies.

**IT IS SO ORDERED.**

**Dated:**  3/30/2015

                                        s/*J. Phil Gilbert*
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**