# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RON WARD, d/b/a RON WARD'S PAINTING AND DECORATING,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Cause No. 3:13-cv-01321-JPG-PMF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' *Second Amended Renewed Motion For Default Judgment Against Defendant Ron Ward, d/b/a Ron Ward's Painting and Decorating* (Doc. 25). Due notice having been given, the Court having been fully advised, and a Clerk's Order of Default (Doc. 7) pursuant to Federal Rule of Civil Procedure 55(a) having previously been entered against the defendant, the Court **GRANTS** plaintiff's Motion for Default Judgment, and judgment is hereby entered in favor of plaintiffs Painters District Council #58 401(k) Trust Fund, By and Through Its Board of Trustees; Painters District Council #58 Fringe Benefit Funds; Illinois State Painters Health and Welfare Fund, By and Through Its Board of Trustees, and against defendant Ron Ward, Ron Ward's Painting and Decorating, as follows:

　　　a.　　$91,364.12 in delinquent contributions to the DC 58 Funds and PGCSI;

　　　b.　　$27,794.73 in delinquent contributions to ISP;

　　　c.　　$30,752.92 in Liquidated Damages to the DC 58 Funds and PGCSI;

　　　d.　　$33,500.23 in Liquidated Damages to ISP;

　　　e.　　$12,727.89 in interest to the DC 58 Funds and PGCSI;

　　　f.　　$1,704.34 in interest to ISP;

      g.      $593.21 in audit costs to Plaintiffs DC #58 Funds and PGCSI;

      h.      $1,186.40 in audit costs to Plaintiff ISP;

      i.      $17,130.42 in attorneys' fees and costs;

      j.      Total of $216,754.26.

This judgment may be executed 14 days after entry. *See* Fed. R. Civ. P. 62(a). Execution of this judgment is governed by Federal Rule of Civil Procedure 69(a).

**IT IS SO ORDERED.**

**DATED:** 6/15/2016

                                    *s/J. Phil Gilbert*
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**